IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOSE CORTEZ-VILELLA<br>**2) YASSEL DIAZ-SANTANA**<br>3) YANITZA MEJIAS-CENTENO<br>Defendants | CRIMINAL 12-0505CCC |

**ORDER**

Having considered the Report and Recommendation filed on December 18, 2012 (**docket entry 56**) on a Rule 11 proceeding of defendant Yassel Díaz-Santana (2) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on December 12, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment. However, the Court will defer its decision on whether to accept the parties' Fed. R. Crim. P. 11(c)(1)(C) Plea Agreement until it reviews the Presentence Report, pursuant to Fed. R. Crim. P. 11(c)(3)(A).

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since December 12, 2012. The **sentencing hearing is set for March 20, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on February 7, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge